No. 1202, Misc. MITCHELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1205, Misc. JACEK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1207, Misc. BISNO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States. Re-

No. 1208, Misc. DUNCAN *v.* CARTER, INSTITUTION SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. *S. Ward Sullivan* and *Arthur Warner* for petitioner. *Stanley Mosk,* Attorney General of California, and *William E. James,* Assistant Attorney General, for respondent.

No. 1210, Misc. DEVINE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 1211, Misc. COFIELD *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, *James L. Screws,* Assistant Attorney General, and *Winston Huddleston,* Special Assistant Attorney General, for respondent.